# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| Vickie Kelly, individually and on behalf of all others similarly situated, <br>     Plaintiff, <br><br> v. <br><br> Contract Callers, Inc., a Georgia corporation, <br>     Defendant. | No.   2:19-cv-110-MTP |

## JOINT MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT AGREEMENT

Class Representative, Vickie Kelly, and Defendant, Contract Callers, Inc. ("Defendant"), submit this Joint Motion, pursuant to Fed. R. Civ. P. 23, for preliminary approval of the Class Action Settlement Agreement. In support of this motion, the parties state:

    1.    A Class Action Settlement Agreement, dated May 19, 2020, and attached as Exhibit 1, has been entered into by the parties.

    2.    The proposed Class Notice is attached as Exhibit 2.

    3.    The proposed Order Granting Preliminary Approval to the Class Action Settlement Agreement is attached.

    4.    The parties represent to the Court:

        A.    That the proposed settlement was reached through arms-length negotiations between Plaintiff's Counsel and Defendant's Counsel;

        B.    That the parties believe the proposed settlement is fair, reasonable and adequate to the members of the Class in light of the alleged violation by Defendant of the FDCPA; and,

1

       C.       That the Settlement Agreement represents the compromise of disputed claims, that it in no way constitutes an admission of liability by Defendant with respect to any of the material allegations in the Complaint, and that Defendant specifically denies that its actions constitute a violation of the FDCPA to any extent whatsoever.

5.       Class Counsel represents to this Court that they are able, experienced and well-qualified to evaluate the fairness of the proposed settlement on behalf of the members of the Class and that Counsel are in favor of this Motion. The Declaration of Class Counsel, David J. Philipps, setting forth his experience and qualification is attached as Exhibit 3.

6.       On May 6, 2020, this Court certified a class in this matter, pursuant to Fed.R.Civ.P. 23(b)(3), of: all persons in the State of Mississippi, from whom Defendant attempted to collect a defaulted consumer debt with the same form collection letter that Defendant sent to the representative Plaintiff, from one year before the date of the Complaint to the present.

7.       Vickie Kelly was appointed as representative of the Class and the appointment of her attorneys, Edwin Woods, Jr. of Bond, Botes & Woods, P.C., Bradford W. Botes of Bond, Botes, Reese & Shipp, P.C., and David J. Philipps and Mary E. Philipps of Philipps & Philipps, Ltd., were appointed as Class Counsel.

WHEREFORE, the parties request that this Court grant preliminary approval to the Class Action Settlement Agreement and enter the attached order.

Dated: July 13, 2020

Class Counsel,

/s/ Bradford W. Botes
Bradford W. Botes   (Miss. Bar No. 100964)
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244
(205) 802-2200
bbotes@bondnbotes.com

Edwin Woods, Jr.   (Miss. Bar No. 8893)
Bond, Botes & Woods, P.C.
5760 I-55 North Frontage Road
Suite 100
Jackson, Mississippi 39211
(601) 353-5000
ewoods@bondnbotes.com

/s/ David J. Philipps

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
davephilipps@aol.com
mephilipps@aol.com

Defendant's Counsel,

/s/ H. Richmond Culp, III

H. Richmond Culp, III     (Miss. Bar No.7936)
Mitchell, McNutt & Sams
Post Office Box 7120
Tupelo, Mississippi 38802-7120
(662) 842-3871
rculp@mitchellmcnutt.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2020, a copy of the foregoing **Joint Motion For Preliminary Approval Of Class Action Settlement Agreement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| H. Richmond Culp, III<br>Mitchell, McNutt & Sams<br>Post Office Box 7120<br>Tupelo, Mississippi 38802-7120 | rculp@mitchellmcnutt.com |
| Edwin Woods, Jr.<br>Bond, Botes & Woods, P.C.<br>5760 I-55 North Frontage Road<br>Suite 100<br>Jackson, Mississippi 39211 | ewoods@bondnbotes.com |
| David J. Philipps<br>Mary E. Philipps<br>Philipps & Philipps, Ltd.<br>9760 South Roberts Road<br>Suite One<br>Palos Hills, Illinois 60465 | davephilipps@aol.com<br>mephilipps@aol.com |

/s/ Bradford W. Botes
Bradford W. Botes                              bbotes@bondnbotes.com
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244