# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| Vickie Kelly, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No.  2:19-cv-110-MTP-KS |
| Contract Callers, Inc., a Georgia corporation, ) ) ) ) | |
| Defendant. ) | |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Class Counsel hereby submits this motion, pursuant to F.R.C.P. Rules 23(h) and 54(d)(2), for final approval of the class action settlement in this matter.  In support of this motion, Class Counsel states:

1. The initial Class Action Complaint in this matter was filed August 7, 2019 (Dkt. 1).

2. On May 19, 2020, the parties entered into a Class Action Settlement Agreement ("Settlement Agreement") (Dkt. 27-1).

3. On July 27, 2020, that Settlement Agreement was, pursuant to F.R.C.P. 23, preliminarily approved by this Court (Dkt. 30).

4. On July 31, 2020, the class settlement notice was mailed to the 204 class members via the U.S. Postal Service.  The result of the mailing is as follows: 1 Address Update Form was received from a class member; 1 envelope was returned by the United States Postal Service with a forwarding address and re-mailed; 18 were returned by the U.S. Postal Service as undeliverable with no forwarding information; however, those 18 returned envelopes were re-mailed to secondary addresses obtained from the

LexisNexis' Accurint database system, out of these, 7 were returned having no additional addresses. Therefore, Class Counsel wrote to the local U.S. Postmasters for these 7 class members to request any new information and was informed by the local U.S. Postmasters that there were no additional addresses on file.  No objections were received, no members of the Class sought leave of this Court to intervene, and no members of the Class opted-out of this class settlement (Dkt. 32).  In Class Counsel's experience, the rate for undeliverable notices is quite low.

5. The Settlement Agreement sets forth that Defendant has agreed to pay $1,000 to the Class Representative, Vickie Kelly, for statutory damages and to pay $50,000 to the Class, which will be distributed pro-rata to each of the 197 class members whose envelope was not returned as undeliverable; any unclaimed funds will be paid Mississippi Center for Legal Services Corporation, as a <u>cy</u> <u>pres</u> remedy.  (Dkt. 27-1 at ¶ 7(c)).

6. The settlement negotiations were conducted at arms-length and in good faith among all counsel, with the assistance of the Court, and the terms of the Settlement Agreement are fair, reasonable and adequate to Plaintiff and all members of the Class.

7. Additionally, Defendant has also agreed to pay Class Counsel $46,500 for their attorneys' fees and costs and is paying $1,500 to Class Counsel for the costs of sending out the class notice and claim from, administering claims and distributing the settlement fund (Dkt. 27-1 at ¶ 7(d)).  Class Counsel has submitted a motion to award them fees and costs, which details their hourly rates, as well as the hours worked and

costs incurred in this matter, which show that these fees and costs exceed the amount to be paid.

8. As detailed in Class Counsel's Declaration (Dkt. 33-1), attached to Class Counsel's Motion to Award Attorneys' Fees and Costs, Class Counsel has been appointed class counsel in more than 200 FDCPA classes over the past 30 years, and believes that the settlement in this matter is fair and adequate for the Plaintiff and all members of the Class.

9. Accordingly, Class Counsel requests that this Court grant final approval of the Class Action Settlement which has obtained $1,000 for the class representative and $50,000 for the class.

WHEREFORE, Class Counsel hereby requests that this Court grant final approval of the Class Action Settlement in this matter (Dkt. 27-1), via entry of the attached agreed form of Order, which Order also resolves the motion regarding attorneys' fees and costs (Dkt. 33).

Respectfully submitted,

By:s/ David J. Philipps_____

By:s/ Bradford W. Botes____
Class Counsel

Dated: October 9, 2020

David J. Philipps (Ill. Bar No. 06196285)
Mary E. Philipps (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
davephilipps@aol.com
mephilipps@aol.com

Bradford W. Botes (Miss. Bar No. 100964)
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244
(205) 802-2200
bbotes@bondnbotes.com

Edwin Woods, Jr. (Miss. Bar No. 8893)
Bond, Botes & Woods, P.C.
5760 I-55 North Frontage Road
Suite 100
Jackson, Mississippi 39211
(601) 353-5000
ewoods@bondnbotes.com

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2020, a copy of the foregoing **Motion for Final Approval of Class Action Settlement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| H. Richmond Culp, III<br>Mitchell, McNutt & Sams<br>Post Office Box 7120<br>Tupelo, Mississippi 38802-7120 | rculp@mitchellmcnutt.com |
| Edwin Woods, Jr.<br>Bond, Botes & Woods, P.C.<br>5760 I-55 North Frontage Road<br>Suite 100<br>Jackson, Mississippi 39211 | ewoods@bondnbotes.com |
| David J. Philipps<br>Mary E. Philipps<br>Philipps & Philipps, Ltd.<br>9760 South Roberts Road<br>Suite One<br>Palos Hills, Illinois 60465 | davephilipps@aol.com<br>mephilipps@aol.com |

s/ Bradford W. Botes_____
Bradford W. Botes                           bbotes@bondnbotes.com
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244